PER CURIAM.
Affirmed. See Ey v. State, 982 So. 2d 618 (Fla. 2008) ; Mendez v. State, 229 So. 3d 335 (Fla. 2d DCA 2016) (table decision); Mendez v. State, 190 So. 3d 71 (Fla. 2d DCA 2016) (table decision); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Chandler v. State, 1 So. 3d 284 (Fla. 2d DCA 2009) ; Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007) ; Bizzell v. State, 912 So. 2d 386 (Fla. 2d DCA 2005) ; Gusow v. State, 6 So. 3d 699 (Fla. 4th DCA 2009).
NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.